RECEIVED

MAR 12 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL COMPLAINT |
| | : | |
| v. | : | Mag. No. 25-3003 (TJB) |
| | : | |
| CRISTIAN GEOVANNY MEZA REVOLORIO, | : | |
| a/k/a "Cristian Meza Revolorio," | : | |
| a/k/a "Christian Geovanny Meza Revolorio," | : | |
| a/k/a "Christian Meza" | : | |

   I, Ellen Chao, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

   I further state that I am a Deportation Officer with the United States Department of Homeland Security, Immigrations and Customs Enforcement, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

   s/ *Ellen Chao*
   Ellen Chao
   Deportation Officer
   Immigration and Customs Enforcement
   United States Department of Homeland Security

Attested to by telephone pursuant to
Fed. R. Crim. P. 4.1(b)(2)(A)
on March 12, 2025,
in the District of New Jersey

HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

   Signature of Judicial Officer

## ATTACHMENT A

On a date on or after April 8, 2024 and on or before February 26, 2025, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

CRISTIAN GEOVANNY MEZA REVOLORIO,
a/k/a "Cristian Meza Revolorio,"
a/k/a "Christian Geovanny Meza Revolorio,"
a/k/a "Christian Meza"

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding, and thereafter, without the express consent of the Secretary of Homeland Security or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter and was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a).

ATTACHMENT B

      I, Ellen Chao, am a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other items of evidence. Where statements of others are related herein, they are related in substance and part. Because this criminal complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.

      1.    Defendant CRISTIAN GEOVANNY MEZA REVOLORIO, a/k/a "Cristian Meza Revolorio," a/k/a "Christian Geovanny Meza Revolorio," a/k/a "Christian Meza" ("MEZA REVOLORIO") is a native and citizen of Guatemala and is not a citizen of the United States.

      2.    On or about April 8, 2011, defendant MEZA REVOLORIO was ordered removed from the United States to Guatemala by an Immigration Judge.

      3.    On or about April 28, 2011, defendant MEZA REVOLORIO was removed from the United States to Guatemala while the above-referenced order of removal was outstanding.

      4.    Following this removal, between in or about January 2012 and in or about April 2024, defendant MEZA REVOLORIO illegally re-entered the United States and was subsequently removed from the United States four separate times. MEZA REVOLORIO was last removed from the United States to Guatemala while the above-referenced order of removal was outstanding on or about April 8, 2024.

      5.    On or about February 26, 2025, MEZA REVOLORIO was arrested by federal law enforcement in or around Mercer County, New Jersey, in the District of New Jersey.

      6.    A fingerprint analysis revealed that MEZA REVOLORIO is the same individual who was arrested as set forth in paragraph 5 above, and who was removed from the United States to Guatemala, as set forth in paragraph 3 above.

      7.    A review of relevant databases revealed that the Secretary of Homeland Security of the United States did not expressly consent to defendant MEZA REVOLORIO reapplying for admission to the United States prior to his reembarkation at a place outside the United States, or his reentry into the United States.